# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEON TREMELL LEE** | **CIVIL ACTION** |
| **VERSUS** | |
| **STATE OF LOUISIANA** | **NO. 17-1260-BAJ-RLB** |

## RULING

On or about October 31, 2017, the *pro se* petitioner, an inmate confined at Louisiana State Penitentiary, Angola, Louisiana, filed a Petition for Writ of Habeas Corpus (R. Doc. 1). The plaintiff did use an approved form, pay the Court's filing fee or file a pauper motion.

Pursuant to correspondence dated December 6, 2017 (R. Doc. 2), the Court advised the petitioner that his pleadings were deficient and directed him to, within twenty-one days, submit his application on an approved form, submit a Motion to Proceed *In Forma Pauperis* or pay the Court's filing fee. Attached to the Court's correspondence were blank copies of the pertinent forms for the petitioner's review and completion, and the referenced correspondence advised the petitioner that "failure to amend the pleadings and/or provide the requested information or forms as indicated will result in the dismissal of your suit by the Court without further notice."

A review of the record by the Court reflects that, despite notice and an opportunity to appear, the petitioner has failed to respond to the Court's directives. The petitioner payed the Court's filing fee, but did not submit his application on approved form. Accordingly,

**IT IS ORDERED** that the above-captioned proceeding be **DISMISSED**, **WITHOUT PREJUDICE**, for failure of the petitioner to correct the deficiencies of which he was notified.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, February 14, 2018.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA